JAMYRA NATASHA HUNT
726 LIPSEY ST
BROOKHAVEN, MS 39601

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ACIMA
9815 S MONROE ST
SANDY, UT 84070

AMEX
PO BOX 981535
EL PASO, TX 79998

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CREDIT CONTROL
330 RIDER TRAIL S
STE 500
EARTH CITY, MO 63045

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

EARNIN
200 PORTAGE AVE
PALO ALTO, CA 94306

EDFINANCIAL SERVICES L
P.O. BOX 30159
KNOXVILLE, TN 37930

FM/OLYMPIC STUDENT LOA
P.O. BOX 82522
OMAHA, NE 68501

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN 38187

NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3300
MERRIFIELD, VA 22119

PIKE NATIONAL BANK
P.O. BOX 1666
MCCOMB, MS 39649

SNAP FINANCE
P.O. BOX 26561
SALT LAKE CIT, UT 84126

SOUTH CENTRAL REGIONAL
1220 JEFFERSON ST
LAUREL, MS 39440

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285

VARO BANK
PO BOX 108
DRAPER, UT 84020

WELLS FARGO BANK
ATTN: BANKRUPTCY
PO BOX 393
MINNEAPOLIS, MN 55480